Decided August 1, 1895.

STATE *v.* ALLEN.

APPEAL from Washington: T. A. McBRIDE, Judge.

John H. Allen was convicted of having in his possession a forged check, and appealed.

*Mr. Thomas H. Tongue,* for appellant.

*Mr. Cicero M. Idleman,* attorney-general, for the state.

PER CURIAM. Pursuant to the written stipulation of the parties herein the appeal in this cause is now dismissed.                     DISMISSED.

Decided September 3, 1895.

HARTMAN *v.* SEID BACK.

APPEAL from Multnomah.

Action by J. L. Hartman as receiver of the Northwest Loan and Trust Company against William Dunbar and Seid Back. There was a judgment for plaintiff, and defendant Seid Back appealed.

*Mr. William H. Adams,* for appellant.

*Mr. Ossian Franklin Paxton,* for respondent.

PER CURIAM. The motion of Mr. Adams, attorney for appellant, to dismiss this appeal is granted, and it is so ordered.                     DISMISSED.